# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED
JUL 17 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

United States of America )
vs. ) Case No. 13CR0103
)
)
)

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Ali Mosarah_____, have discussed with _____Lydia J. Serrano_____, Pretrial Services Officer, modifications of my release conditions as follows:

Modifying condition # 8(s) which pertains to location monitoring and home detention, to read: You are restricted to your residence every day from 9 pm to 8 am as directed by the Pretrial Services Officer. (Home detention is removed.)

All other previously ordered conditions of release not in conflict with this change remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____   7/9/2013            _____   7-11-13
Signature of Defendant      Date               Pretrial Services Officer   Date
Ali Mosarah                                    Lydia J. Serrano

I have reviewed the conditions and concur that this modification is appropriate.

_____                        7-16-2013
Signature of Assistant United States Attorney  Date
Laurel Montoya

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                        17 July 2013
Signature of Defense Counsel                   Date
Roger Dale Wilson

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on    7/17/13
[ ] The above modification of conditions of release is *not* ordered.

_____                        7/17/13
Signature of Judicial Officer                  Date

cc:    U.S. Attorney's Office, Defense Counsel, Pretrial Services