PS 42
(Rev. 7/93)

## United States District Court
Eastern District of California

**FILED**
NOV 14 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

United States of America          )
                                  )
vs.                               )
                                  )
Ali Nabil Mosarah                 )
                                  )    Case No. 1:13CR0103

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Ali Nabil Mosarah_____, have discussed with _____Lydia J. Serrano_____, Pretrial Services/Probation Officer, modifications of my release conditions as follows:

The condition requiring the defendant to participate in the curfew component of the Location Monitoring Program with electronic monitoring or other location verification system is removed. The defendant shall continue to make payments to BI Monitoring until her monitoring services have been paid in full. All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  11-6-13        _____  11-13-13
Signature of Defendant    Date            Pretrial Services/Probation Officer   Date

Laurel J. Montoya, AUSA    11-13-13

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                 Nov. 13, 2013
Signature of Defense Counsel             Date

☒ The above modification of conditions of release is ordered, to be effective on  11/13/13  .
☐ The above modification of conditions of release is *not* ordered.

_____                 11/13/13
Signature of Judicial Officer            Date