f(SPACE BELOW FOR FILING STAMP ONLY)

**ROGER D. WILSON SBN: 192207**
LAW OFFICE OF ROGER D. WILSON
2377 West Shaw Avenue, Suite 208
Fresno, California 93711
Telephone: (559) 233-4100
Facsimile: (559) 746-7200
Email: roger@wilson-law.com

Attorney for Defendant, ALI MOSARAH

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

* * * * * *

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

ALI MOSARAH,

    Defendant.

Case No.: **1:13-CR-00103-AWI-BAM**

**WAIVER OF APPEARANCE; ORDER**

**TO THE UNITED STATES DISTRICT COURT; UNITED STATES ATTORNEY'S OFFICE, BY AND THROUGH ITS REPRESENTATIVES:**

    Defendant ALI MOSARAH by and through his attorney, ROGER D. WILSON, hereby applies to this Court for an Order waiving his appearance at the Status Conference currently scheduled for January 26, 2015, at 1:00 p.m., before the Honorable Magistrate Judge Barbara A. McAuliffe. This request is made because at the next hearing, the codefendant, Senna Hweith, will be represented by new counsel. Consequently, her new counsel will undoubtedly request sufficient time to review the many compact discs of discovery related to this case. Therefore, a further status hearing will be scheduled at the next hearing.

    Further, Mr. Mosarah who is gainfully employed will be forced to miss a day of work to attend a hearing where, in all likelihood, a further status hearing date will be scheduled. Mr.

Mosarah has maintained regular and routine contact with his counsel, and gives his counsel full authority to act on his behalf at the next hearing.  Mr. Mosarah maintains contact with his attorney, and has discussed the upcoming Status Conference with counsel and is satisfied that all relevant matters have been adequately reviewed and explained.

Lastly, Mosarah's counsel discussed this waiver of appearance with counsel for the Government, who had no objection.

It is hereby requested that Defendant ALI MOSARAH'S appearance at the March 10, 2014, Status Conference be excused.

Respectfully submitted,

Dated:   January 22, 2015         By:           /s/ Roger D. Wilson
**ROGER D. WILSON**
Attorney for Defendant ALI MOSARAH

--o0o--

## ORDER

Defendant ALI MOSARAH'S request for a waiver of appearance came before this Court and based thereon, and for **GOOD CAUSE** shown, the **COURT ORDERS AS FOLLOWS**:

Defendant ALI MOSARAH is hereby excused from appearing at the Status Conference currently scheduled for January 26, 2015, at 1:00 p.m.  As this request was received after the Court's deadline, Counsel is ADMONISHED against any further delayed requests to the Court. IT IS SO ORDERED.

Dated:   **January 23, 2015**            /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE