# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

**FILED**
FEB 13 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

United States of America )
vs. ) Case No.  1: 13CR00103-002
Ali Nabil Mosarah )
 )

# CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ____Ali Nabil Mosarah____, have discussed with ____Lydia J. Serrano____, Pretrial Services Officer, modifications of my release conditions as follows:

Removing from my conditions of release the condition that pertains to Home Detention and Location Monitoring, 7(t).

All other previously ordered conditions of release not in conflict with this change remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_[signature]_  1-7-15           _[signature]_  2-6-15
Signature of Defendant   Date   Pretrial Services Officer   Date
 Ali Nabil Mosarah                Lydia J. Serrano

I have reviewed the conditions and concur that this modification is appropriate.

_[signature]_                                        2/12/2015
Signature of Assistant United States Attorney          Date
Laurel Montoya

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_                                        Feb. 9, 2015
Signature of Defense Counsel                          Date
Roger Dale Wilson

## ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on ___2/13/15___.
☐ The above modification of conditions of release is *not* ordered.

_[signature]_                                        2/13/15
Signature of Judicial Officer                         Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services

FEB 5 PM 3:07