f(SPACE BELOW FOR FILING STAMP ONLY)

1

**ROGER D. WILSON SBN: 192207**
LAW OFFICE OF ROGER D. WILSON

2

2377 West Shaw Avenue, Suite 208
Fresno, California 93711

3

Telephone: (559) 233-4100
Facsimile: (559) 746-7200

4

Email: roger@wilson-law.com

5

6

Attorney for Defendant, ALI MOSARAH

7

8

9

**IN THE UNITED STATES DISTRICT COURT**

10

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

* * * * * *

11

UNITED STATES OF AMERICA,

Case No.: **1:13-CR-00103-AWI-BAM –**

12

**(002)**

Plaintiff,

13

14

v.

**WAIVER OF APPEARANCE; ORDER.**

15

ALI MOSARAH,

16

Defendant.

17

18

**TO THE UNITED STATES DISTRICT COURT; UNITED STATES**

19

**ATTORNEY'S OFFICE, BY AND THROUGH ITS REPRESENTATIVES:**

20

Defendant ALI MOSARAH by and through his attorney, ROGER D. WILSON, hereby

21

applies to this Court for an Order waiving his appearance at the Status Conference currently

22

scheduled for April 27, 2015, at 1:00 p.m., before the Honorable Magistrate Judge Barbara A.

23

McAuliffe.  This request is made because counsel for Mr. Mosarah requires additional time to

24

review and analyze the voluminous discovery (40 CD's and 7,000 pages of documents) related

25

to this matter in order to explore a meaningful disposition of the case.

26

Therefore, in all likelihood, a further status hearing will be scheduled at the next

27

hearing.

28

///

1  Mr. Mosarah has maintained regular and routine contact with his counsel, and gives his

2  counsel full authority to act on his behalf at the next hearing.   Mr. Mosarah has discussed the

3  upcoming Status Conference with counsel and is satisfied that all relevant matters have been

4  adequately reviewed and explained.

5  Lastly, Mr. Mosarah's counsel has discussed this waiver of appearance with counsel for

6  the Government, who had no objection.

7  It is hereby requested that Defendant ALI MOSARAH'S appearance at the April 27,

8  2015, Status Conference be excused.

9  Respectfully submitted,

10  Dated:    April 20, 2015         By:              /s/ Roger D. Wilson

11  **ROGER D. WILSON**
Attorney for Defendant ALI MOSARAH

12

13  --o0o--

14

15  **ORDER**

16  Defendant ALI MOSARAH'S request for a waiver of appearance came before this

17  Court and based thereon, and for **GOOD CAUSE** shown, the **COURT ORDERS AS**

18  **FOLLOWS**:

19  Defendant ALI MOSARAH is hereby excused from appearing at the Status Conference

20  currently scheduled April 27, 2015, at 1:00 p.m. before Judge McAuliffe.

21  IT IS SO ORDERED.

22

23  Dated:    **April 22, 2015**          /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28