f(SPACE BELOW FOR FILING STAMP ONLY)

**ROGER D. WILSON SBN: 192207**
LAW OFFICE OF ROGER D. WILSON
2377 West Shaw Avenue, Suite 208
Fresno, California 93711
Telephone: (559) 233-4100
Facsimile: (559) 746-7200
Email: roger@wilson-law.com

Attorney for Defendant, ALI MOSARAH

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ALI MOSARAH,<br><br>    Defendant. | Case No.: **1:13-CR-00103-AWI-BAM (002)**<br><br>**WAIVER OF APPEARANCE; ORDER.** |

**TO THE UNITED STATES DISTRICT COURT; UNITED STATES ATTORNEY'S OFFICE, BY AND THROUGH ITS REPRESENTATIVES:**

Defendant ALI MOSARAH by and through his attorney, ROGER D. WILSON, hereby applies to this Court for an Order waiving his appearance at the Status Conference currently scheduled for August 24, 2015, at 1:00 p.m., before the Honorable Magistrate Judge Barbara A. McAuliffe.  This request is made because counsel for Mr. Mosarah requires additional time to review and analyze the voluminous discovery (40 CD's and 7,000 pages of documents) related to this matter in order to explore a meaningful disposition of the case.

Therefore, in all likelihood, a further status hearing will be scheduled at the next hearing.

///

Mr. Mosarah has maintained regular and routine contact with his counsel, and gives his counsel full authority to act on his behalf at the next hearing. Mr. Mosarah has discussed the upcoming Status Conference with counsel and is satisfied that all relevant matters have been adequately reviewed and explained.

Lastly, Mr. Mosarah's counsel has discussed this waiver of appearance with counsel for the Government, who had no objection.

It is hereby requested that Defendant ALI MOSARAH'S appearance at the August 24, 2015, Status Conference be excused.

Respectfully submitted,

Dated:   August 17, 2015          By:          /s/ Roger D. Wilson
                                            **ROGER D. WILSON**
                                        Attorney for Defendant ALI MOSARAH

--o0o--

## **ORDER**

Defendant ALI MOSARAH'S request for a waiver of appearance came before this Court and based thereon, and for **GOOD CAUSE** shown, the **COURT ORDERS AS FOLLOWS**:

Defendant ALI MOSARAH is hereby excused from appearing at the 9th Status Conference currently scheduled August 24, 2015, at 1:00 p.m.

IT IS SO ORDERED.

Dated:   **August 17, 2015**              /s/ Barbara A. McAuliffe
                                       UNITED STATES MAGISTRATE JUDGE