Case 1:13-cr-00103-DAD-BAM   Document 132   Filed 04/27/16   Page 1 of 1



```
FILED
APR 27 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK
```

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# AT FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> vs. <br> ALI NABIL MOSARAH, <br>     Defendant. | 1:13-CR-00103-002 AWI <br><br> ORDER TO RECONVEY CASH BOND |

On April 18, 2016 the above named defendant was remanded into custody after a sentencing was held before the Honorable Anthony W. Ishii.

The Cash Bond (Receipt #CAE100021787) in the amount of $5,000.00, posted by Mohammed Nabil Mosarah shall be reconveyed forthwith.

IT IS SO ORDERED.

Dated: 4-26-16

HONORABLE ANTHONY W. ISHII
UNITED STATES SENIOR DISTRICT JUDGE