UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable Dale A. Drozd     **RE:** **Ali Nabil Mosarah**
United States District Judge          **Docket Number: 0972 1:13CR00103-02**
Fresno, California                    **PERMISSION TO TRAVEL**
                                          **OUTSIDE THE COUNTRY**

Your Honor:

Ali Nabil Mosarah is requesting permission to travel to Lebanon. Ali Nabil Mosarah is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On April 11, 2016, Ali Nabil Mosarah was sentenced for the offense of 21 USC 846, 841(a)(1) and (b)(1)(C) - Conspiracy to Cultivate and Possess Marijuana with the Intent to Distribute, 50 or More Marijuana Plants, a Class C Felony.

**Sentence Imposed:** 4.5 months in the custody of the Bureau of Prisons followed by a 24 month term of Supervised Release. Special Conditions of release included a 4.5 month term of location monitoring which has been completed. Additionally, Mr. Mosarah has paid the $100 special assessment in full.

**Dates and Mode of Travel:** Mr. Mosarah is requesting permission to travel to Lebanon to visit his mother for a period of no more than six weeks. Mr. Mosarah has limited financial abilities, as such; he is requesting and the Probation Officer supports, his seeking the Court's approval prior to making travel arrangements. The undersigned recommends he be allowed to travel and ordered to provide a final itinerary prior to departure.

**Purpose:** His mother (Jamila M. Hijazi) has been diagnosed with Burkett Lymphoma and requires chemotherapy treatment (verification received). Ms. Laurel Montoya, Assistant United States Attorney, does not object to this request.

**RE:** Ali Nabil Mosarah
 **Docket Number: 0972 1:13CR00103-02**
 **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,

*/s/ Laura Weigel*

Laura Weigel
Sr. United States Probation Officer

Dated: 4/13/2017
 Modesto, California

**REVIEWED BY:** */s/ Brenda Barron-Harrell*

**Brenda Barron-Harrell**
 Supervising U. S. Probation Officer

---

### ORDER OF THE COURT

**The Court orders:**

**Ali Mosarah is approved to travel to Lebanon for a period of no more than six weeks and must provide a final itinerary prior to departure.**

☒ Approved ☐ Disapproved

IT IS SO ORDERED.

Dated: **April 14, 2017**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE