UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Dale A. Drozd<br>United States District Judge<br>Fresno, California | **RE:  Ali Nabil Mosarah**<br>**Docket Number:  0972 1:13CR00103-02**<br>**PERMISSION TO TRAVEL**<br>**OUTSIDE THE COUNTRY** |

Your Honor:

Ali Nabil Mosarah is requesting permission to travel to Lebanon.  Ali Nabil Mosarah is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On April 11, 2016, Ali Nabil Mosarah was sentenced for the offense of 21 USC 846, 841(a)(1) and (b)(1)(C) - Conspiracy to Cultivate and Possess Marijuana with the Intent to Distribute, 50 or More Marijuana Plants, a Class C Felony.

**Sentence Imposed:**  4.5 months in the custody of the Bureau of Prisons followed by a 24 month term of Supervised Release.  Special Conditions of release included a 4.5 month term of location monitoring which has been completed.  Additionally, Mr. Mosarah has paid the $100 special assessment in full.

**Dates and Mode of Travel:**  Mr. Mosarah is requesting permission to travel to Lebanon to visit his mother for a period of no more than six weeks.  Mr. Mosarah has limited financial abilities, as such; he is requesting and the Probation Officer supports, his seeking the Court's approval prior to making travel arrangements.  The undersigned recommends he be allowed to travel and ordered to provide a final itinerary prior to departure.

**Purpose:**  His mother (Jamila M. Hijazi) has been diagnosed with Burkett Lymphoma and requires chemotherapy treatment (verification received).  Ms. Laurel Montoya, Assistant United States Attorney, does not object to this request.

1

**RE:**   **Ali Nabil Mosarah**
   **Docket Number:  0972 1:13CR00103-02**
   <u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>

Respectfully submitted,

*/s/ Laura Weigel*

Laura Weigel
Sr. United States Probation Officer

Dated:   4/13/2017
   Modesto, California

**REVIEWED BY:**   */s/ Brenda Barron-Harrell*

**Brenda Barron-Harrell**
**Supervising U. S. Probation Officer**

## ORDER OF THE COURT

**The Court orders:**

**Ali Mosarah is approved to travel to Lebanon for a period of no more than six weeks and must provide a final itinerary prior to departure.**

☒ Approved   ☐ Disapproved

IT IS SO ORDERED.

Dated:   **April 14, 2017**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE